**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Eastern District of Louisiana**

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 205
# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:** Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐ Chapter 7
   ■ Chapter 11

**Part 2:** Identify the Debtor

2. **Debtor's name**   **Seven Three Distilling Company, LLC**

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown
   47-5025785
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 650 Poydras Street, Suite 2615 | |
   | Number        Street | Number        Street |
   | | P.O. Box |
   | New Orleans LA 70130-0000 | |
   | City        State        Zip Code | City        State        Zip Code |
   | | Location of principal assets, if different from principal place of business |
   | Orleans | 301 North Claiborne Avenue |
   | County | Number        Street |
   | | New Orleans LA 70112-0000 |
   | | City        State        Zip Code |

6. **Debtor's website (URL)**

7. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify:    **Limited Liability Company**

8. **Type of debtor's business**

   *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Seven Three Distilling Company, LLC | Case number *(if known)* | |
|---|---|---|---|

☐ Railroad (as defined in 11 U.S.C. § 101(44)
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)
■ None of the types of business listed.
☐ Unknown type of business.

| 9. | To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ■ No |  |  |  |
|---|---|---|---|---|---|
| | | ☐ Yes. Debtor | | Relationship | |
| | | District | Date filed _____ MM / DD / YYYY | Case number, if known | |
| | | Debtor | | Relationship | |
| | | District | Date filed _____ MM / DD / YYYY | Case number, if known | |

## Part 3:   Report About the Case

**10. Venue**   *Check one:*

■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

■ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No
■ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| 301 North Claiborne, LLC | Rent | $36061.56 |
| | | $ |
| | | $ |
| Debra Levis, as Exox. for Robert Levis | Promissory Note - Principal Balance | $100000 |
| | | $ |
| | | $ |
| Cher Levis Hunt | Promissory Note - Principal Balance | $25000 |
| | | $ |
| | | $ |
| Patrick Dubendorfer | Promissory Note - Principal Balance | $100000 |
| | | $ |
| | | $ |
| M. Theresa Turla | Promissory Note - Principal Balance | $100000 |
| | | $ |
| | | $ |
| 301 North Claiborne, LLC | Property Taxes | $36434.42 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Seven Three Distilling Company, LLC**        Case number (If known) _____

|  |  |
|---|---|
|  | $ |
|  | $ |
| Total of petitioners' claims | **$397495.98** |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4   Request for Relief

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br>**301 North Claiborne, LLC**<br>Name | **Congeni Law Firm, LLC**<br>Printed name |
| **600 Oak Harbor Blvd., Suite 101**<br>Number     Street<br>**Slidell LA 70458-0000**<br>City                         State              Zip Code | **Firm name, if any**<br>**650 Poydras St., Ste. 2750**<br>Number    Street<br>**New Orleans LA 70130-0000**<br>City                    State          Zip Code |
| **Name and mailing address of petitioner's representative, if any**<br>**Jeffrey Rogers, 100% Owner**<br>Name | Contact phone  **(504) 522-4848**   Email  **leo@congenilawfirm.com** |
|  | Bar number _____ |
| Number        Street | State        **LA** |
| City                         State              Zip Code |  |
| I declare under penalty of perjury that the foregoing is true and correct.<br>Executed on  **February 9, 2021**<br>MM / DD / YYYY | **/s/ Congeni Law Firm, LLC**<br>Signature of attorney |
| **/s/ Jeffrey Rogers**<br>Signature of petitioner or representative, including representative's title | Date signed  **February 22, 2021**<br>MM / DD / YYYY |

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br>**Debra Levis, as Exox. for Robert Levis**<br>Name | **Congeni Law Firm, LLC**<br>Printed name |
| **41 Turtleback Glade**<br>Number     Street<br>**Slidell LA 70461-0000**<br>City                         State              Zip Code | **Firm name, if any**<br>**650 Poydras St., Ste. 2750**<br>Number    Street<br>**New Orleans LA 70130-0000**<br>City                    State          Zip Code |
| **Name and mailing address of petitioner's representative, if any** | Contact phone  **(504) 522-4848**   Email  **leo@congenilawfirm.com** |
| Name |  |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Seven Three Distilling Company, LLC**

Case number (if known)

Bar number

State       LA

| Number | Street | | |
| City | | State | Zip Code |

I declare under penalty of perjury that the foregoing is true and correct.
Executed on       **February 10, 2021**
                          MM / DD / YYYY

**/s/ Debra G. Levis**
Signature of petitioner or representative, including representative's title

**/s/ Congeni Law Firm, LLC**
Signature of attorney
Date signed       **February 22, 2021**
                          MM / DD / YYYY

---

### Petitioners or Petitioners' Representative

Name and mailing address of petitioner
**Cher Levis Hunt**
Name

**4136 Cypress Point Dr.**
Number       Street
**Covington LA 70433-0000**
City                        State       Zip Code

Name and mailing address of petitioner's representative, if any

Name

| Number | Street | | |
| City | | State | Zip Code |

I declare under penalty of perjury that the foregoing is true and correct.
Executed on       **February 20, 2021**
                          MM / DD / YYYY

**/s/ Cher Levis Hunt**
Signature of petitioner or representative, including representative's title

### Attorneys

**Congeni Law Firm, LLC**
Printed name

Firm name, if any
**650 Poydras St., Ste. 2750**
Number       Street
**New Orleans LA 70130-0000**
City                        State       Zip Code
Contact phone       **(504) 522-4848**       Email   **leo@congenilawfirm .com**

Bar number

State       LA

**/s/ Congeni Law Firm, LLC**
Signature of attorney
Date signed       **February 23, 2021**
                          MM / DD / YYYY

---

### Petitioners or Petitioners' Representative

Name and mailing address of petitioner
**Patrick Dubendorfer**
Name

**6312 Patton Street**
Number       Street
**New Orleans LA 70118-0000**
City                        State       Zip Code

Name and mailing address of petitioner's representative, if any

Name

### Attorneys

**Congeni Law Firm, LLC**
Printed name

Firm name, if any
**650 Poydras St., Ste. 2750**
Number       Street
**New Orleans LA 70130-0000**
City                        State       Zip Code
Contact phone       **(504) 522-4848**       Email   **leo@congenilawfirm .com**

Bar number

State       LA

---

Official Form 205                     Involuntary Petition Against a Non-Individual                     page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Seven Three Distilling Company, LLC** | | Case number *(if known)* | |

| Number | Street | |
| City | State | Zip Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 9, 2021**
　　　　　　　MM / DD / YYYY

**/s/ Patrick Dubendorfer**
Signature of petitioner or representative, including representative's title

**/s/ Congeni Law Firm, LLC**
Signature of attorney
Date signed   **February 22 2021**
　　　　　　　MM / DD / YYYY

---

**Petitioners or Petitioners' Representative**

**Attorneys**

Name and mailing address of petitioner
**M. Theresa Turla**
Name

**6312 Patton Street**
Number　　Street
**New Orleans LA 70118-0000**
City　　　　　　State　　　Zip Code

Name and mailing address of petitioner's representative, if any

Name

Number　　Street

City　　　　　　State　　　Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 9, 2021**
　　　　　　　MM / DD / YYYY

**/s/ Theresa Turla**
Signature of petitioner or representative, including representative's title

**Congeni Law Firm, LLC**
Printed name

Firm name, if any
**650 Poydras St., Ste. 2750**
Number　　Street
**New Orleans LA 70130-0000**
City　　　　　　　　　State　　　Zip Code
Contact phone　　　　　　　　Email　**leo@congenilawfirm**
　　　　　**(504) 522-4848**　　　　　　　　.com

Bar number

State　　**LA**

**/s/ Congeni Law Firm, LLC**
Signature of attorney
Date signed   **February 22 2021**
　　　　　　　MM / DD / YYYY

---

**Petitioners or Petitioners' Representative**

**Attorneys**

Name and mailing address of petitioner
**301 North Claiborne, LLC**
Name

**600 Oak Harbor Blvd., Suite 101**
Number　　Street
**Slidell LA 70458-0000**
City　　　　　　State　　　Zip Code

Name and mailing address of petitioner's representative, if any

Name

Number　　Street

City　　　　　　State　　　Zip Code

Printed name

Firm name, if any

Number　　Street

City　　　　　　　　　State　　　Zip Code
Contact phone　　　　　　　　Email　**leo@congenilawfirm**
　　　　　　　　　　　　　　　　　　　.com

Bar number

State　　**LA**

---

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Seven Three Distilling Company, LLC**        Case number *(if known)*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 9, 2021**

              MM / DD / YYYY

**/s/ Jeffrey Rogers**

Signature of petitioner or representative, including representative's title

/s/ _____

Signature of attorney

Date signed    **February 22, 2021**

              MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: | * | CASE NO.: 21-_____ |
|  | * |  |
| SEVEN THREE DISTILLING COMPANY, LLC | * | JUDGE MEREDITH S. GRABILL |
|  | * |  |
| Debtor | * | CHAPTER 11 |
|  | * | Involuntary Filing |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STATEMENT PURSUANT TO RULE 1003(a)

Pursuant to Federal Rule of Bankruptcy Procedure 1003(a), Cher Levis Hunt states that she holds the claim asserted by Cher Levis Hunt as petitioning creditor in this case and that the transfer of such claim to her was not for the purpose of commencing this case. The consideration for and terms of the transfer are evidenced by the Divorce Decree, a copy of which is attached hereto.

Dated: 2 - 18 - 2021

CHER LEVIS HUNT

CHAD AARON HUNT

VERSUS

CHER LEVIS HUNT

FILED: March 13, 2019

NUMBER 2018-11117 DIVISION K

22ND JUDICIAL DISTRICT COURT

PARISH OF ST. TAMMANY

STATE OF LOUISIANA

_____
DEPUTY CLERK
Meghan McCarthy, Deputy Clerk

AMENDED CONSENT JUDGMENT OF PARTITION OF PROPERTY

On joint motion of ERNEST S. ANDERSON, Attorney for CHAD AARON HUNT, and

of CHER LEVIS HUNT, appearing in proper person, considering the termination of the

community property regime existing between the parties by virtue of the Judgment of Separation

of Property signed on April 12, 2018 and on suggesting to the Court the parties in the above-

numbered and entitled action, have agreed to amend the Consent Judgment of Partition of

Community Property signed on April 12, 2018 regarding the partition of community property

and the settlement of claims between the parties, in the following particulars, to-wit:

IT IS ORDERED, ADJUDGED AND DECREED that the community of acquets and

gains existing between the parties, be and the same is hereby partitioned in the following manner,

to-wit:

CHER LEVIS HUNT hereby conveys to CHAD AARON HUNT all of her right, title and

interest in and to the following property:

1) One hundred (100%) percent ownership interest in any and all assets, profits, income,
movable and immovable property or any other assets of any kind or description of CAH
Properties, LLC, including a One hundred (100%) percent interest in the immovable property
described as follows:

ALL THAT CERTAIN LOT OR PARCEL OF LAND, together with all buildings
and improvements theron, situated in St. Tammany Parish, Louisiana, and being more
fully described as follows, to-wit:

LOT 18 VILLAGE SQUARE SUBDIVISION, St. Tammany Parish, Louisiana:

Lot 18 measures 100 feet front on Square Street, the same in width in the rear by a depth
of 105 feet between equal and parallel lines.

All in accordance with official plat of said subdivision on file with the Clerk of Court for
St. Tammany Parish, Louisiana.

MUNICIPAL NO. 119 Square Street, Slidell, Louisiana 70458 (as per plat of said
subdivision. Also refereed to as 119 Village Street, Slidell, Louisiana 70458.

St. Tammany Parish 55
Instrmt #: 2152074
Registry #: 2623209 str
4/3/2019 8:30:00 AM
MB   CB X MI   UCC

SCANNED

MAR 14 2019

ANDERSON & ANDERSON  , A PARTNERSHIP OF LAW CORPORATIONS, LLC · 2217 SECOND STREET · SLIDELL, LA 70458 · (985) 643-6443

1103

2) The immovable property located at 540 Delta Queen Court, Covington, Louisiana 70433, more fully described as set forth in the legal description attached hereto and made a part hereof as Exhibit "A,"

3) 2011 S550 Mercedes Benz automobile;

4) 2015 Chevrolet Tahoe SUV;

5) 2007 290 Sea Ray Sundancer boat, motor and trailer;

6) Ameriprise One Investment Account in his name, account # ending in 2213;

7) Any and all life insurance policies insuring his life;

8) Any and all checking accounts, savings accounts, financial, investment accounts or plans in his name; and

9) Any and all movable property of any kind or description in his possession.

CHAD AARON HUNT does hereby assume and agrees to defend and hold CHER LEVIS HUNT free and harmless from the payment of the following:

1) Mortgage indebtedness appertaining to the residence located at 540 Delta Queen Court, Covington, Louisiana 70433;

2) Any and all credit card indebtedness in his name;

3) Any and all indebtedness appertaining to the entities and assets hereinabove conveyed to him;

4) Any and all liability or indebtedness incurred or contracted solely in his name;

5) Attorneys fees of CHAD AARON HUNT; and

6) Any and all liability or indebtedness incurred or contracted solely in his name on or after February 20, 2018.

CHAD AARON HUNT does hereby conveys to CHER LEVIS HUNT all of his right, title and interest to the following property:

1) One hundred (100%) percent ownership interest in any and all assets, profits, income, movable and immovable property or any other assets of any kind or description of West Pearl Writing, L.L.C.

2) Ameriprise One Investment Account in her name, account # ending in 9305;

3) 100% of interest in Levis Partners, LLC, based on a $66,000 initial investment;

4) 100% of interest in convertible note interest in 73 Distilling, LLC;

5) 100% of interest in DANA investment based upon a $50,000 investment made subsequent to April 12, 2018;

2

*Correct recent*

| | |
|---|---|
| CHAD AARON HUNT | NUMBER 2018-11117 DIVISION K |
| | 22ND JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF ST. TAMMANY |
| CHER LEVIS HUNT | STATE OF LOUISIANA |
| FILED:_____ | _____ |
| | DEPUTY CLERK |

## AMENDED CONSENT JUDGMENT OF PARTITION OF PROPERTY

On joint motion of ERNEST S. ANDERSON, Attorney for CHAD AARON HUNT, and of CHER LEVIS HUNT, appearing in proper person, considering the termination of the community property regime existing between the parties by virtue of the Judgment of Separation of Property signed on April 12, 2018 and on suggesting to the Court the parties in the above-numbered and entitled action, have agreed to amend the Consent Judgment of Partition of Community Property signed on April 12, 2018 regarding the partition of community property and the settlement of claims between the parties, in the following particulars, to-wit:

IT IS ORDERED, ADJUDGED AND DECREED that the community of acquets and gains existing between the parties, be and the same is hereby partitioned in the following manner, to-wit:

CHER LEVIS HUNT hereby conveys to CHAD AARON HUNT all of her right, title and interest in and to the following property:

1) One hundred (100%) percent ownership interest in any and all assets, profits, income, movable and immovable property or any other assets of any kind or description of CAH Properties, LLC, including a One hundred (100%) percent interest in the immovable property described as follows:

ALL THAT CERTAIN LOT OR PARCEL OF LAND, together with all buildings and improvements theron, situated in St. Tammany Parish, Louisiana, and being more fully described as follows, to-wit:

LOT 18 VILLAGE SQUARE SUBDIVISION, St. Tammany Parish, Louisiana.

Lot 18 measures 100 feet front on Square Street, the same in width in the rear, by a depth of 105 feet between equal and parallel lines.

All in accordance with official plat of said subdivision on file with the Clerk of Court for St. Tammany Parish, Louisiana.

MUNICIPAL NO. 119 Square Street, Slidell, Louisiana 70458 (as per plat of said subdivision. Also refereed to as 119 Village Street, Slidell, Louisiana 70458.

ANDERSON & ANDERSON · A PARTNERSHIP OF LAW CORPORATIONS, L.L.P. · 2217 SECOND STREET · SLIDELL, LA 70458 · (985) 643-6443

2) The immovable property located at 540 Delta Queen Court, Covington, Louisiana 70433, more fully described as set forth in the legal description attached hereto and made a part hereof as Exhibit "A,"

3) 2011 S550 Mercedes Benz automobile;

4) 2015 Chevrolet Tahoe SUV;

5) 2007 290 Sea Ray Sundancer boat, motor and trailer;

6) Ameriprise One Investment Account in his name, account # ending in 2213;

7) Any and all life insurance policies insuring his life;

8) Any and all checking accounts, savings accounts, financial, investment accounts or plans in his name; and

9) Any and all movable property of any kind or description in his possession.

CHAD AARON HUNT does hereby assume and agrees to defend and hold CHER LEVIS HUNT free and harmless from the payment of the following:

1) Mortgage indebtedness appertaining to the residence located at 540 Delta Queen Court, Covington, Louisiana 70433;

2) Any and all credit card indebtedness in his name;

3) Any and all indebtedness appertaining to the entities and assets hereinabove conveyed to him;

4) Any and all liability or indebtedness incurred or contracted solely in his name;

5) Attorneys fees of CHAD AARON HUNT; and

6) Any and all liability or indebtedness incurred or contracted solely in his name on or after February 20, 2018.

CHAD AARON HUNT does hereby conveys to CHER LEVIS HUNT all of his right, title and interest to the following property:

1) One hundred (100%) percent ownership interest in any and all assets, profits, income, movable and immovable property or any other assets of any kind or description of West Pearl Writing, L.L.C.

2) Ameriprise One Investment Account in her name, account # ending in 9305;

3) 100% of interest in Levis Partners, LLC, based on a $66,000 initial investment;

4) 100% of interest in convertible note interest in 73 Distilling, LLC;

5) 100% of interest in DANA investment based upon a $50,000 investment made subsequent to April 12, 2018;

2

6) Any and all checking accounts, savings accounts, financial, investment, retirement and deferred compensation accounts or plans in her name;

7) Any and all life insurance policies insuring her life;

8) $8,200.00 cash; and

8) Any and all movable property of any kind or description in her possession.

CHER LEVIS HUNT does hereby assume and agrees to defend and hold CHAD AARON

HUNT free and harmless from the payment of the following:

1) Any and all credit card indebtedness in her name

2) Any and all liability or indebtedness incurred or contracted solely in her name;

3) Any and all indebtedness appertaining to the entities and assets hereinabove conveyed to her;

4) Attorneys fees of CHER LEVIS HUNT; and

5) Any and all liability or indebtedness incurred or contracted solely in her name on or after February 20, 2018.

It is hereby understood and specifically agreed by the parties hereto that the following property is

the separate property of the respective parties:

A. CHAD AARON HUNT

One hundred (100%) percent ownership interest in any and all assets, profits, income, movable and immovable property or any other assets of any kind or description of the sole proprietorship, business, franchise or practice known as "Chad Hunt, An Ameriprise Private Wealth Advisory Practice," or otherwise associated with his profession as a certified financial planner (CFP) or investment advisor.

B. CHER LEVIS HUNT

1) 2016 Cadillac Escalade SUV;

2) Any and all interest that she may have in Robert Levis Development, L.L.C., any and all of its assets, profits, income, movable and immovable property or any other assets of any kind or description;

3) Any and all interest that she may have in Condomama, L.L.C., any and all of its assets, profits, income, movable and immovable property or any other assets of any kind or description; and

4) Any and all interest that she may have in the Debra Garrett Levis QPRT trust, and any and all of its assets, profits, income, movable and immovable property or any other assets of any kind or description , including but not limited to the Fulton Street condominium.

It is hereby understood and specifically agreed by the parties hereto that any indebtedness

3

incurred during the existence of the community of acquets and gains that is not specifically listed and identified hereinabove shall be assumed and remain the responsibility of the party who incurred it.

The parties hereto agree to execute such additional documents as may be necessary to fully effectuate this property partition and settlement as set forth hereinabove.

As a result hereof, the parties shall discharge each other from any further accounting to each other and both parties are satisfied with this partition.

A title opinion was not requested nor rendered in any form by the undersigned Attorneys.

The parties waive the issuance of mortgage and conveyance certificates.

The parties shall each pay their own respective attorneys fees and costs.

It is hereby understood and specifically agreed by the parties hereto that the above listed community assets have been allocated equitably between the parties, and the parties are satisfied with the division of their various assets. Each party had an opportunity to make a full and complete investigation of the value of each and every community asset listed above, and they are satisfied with that investigation. The parties further acknowledge and agree that they have had every opportunity to be advised by an attorney of their rights concerning this partition of community property, that there was no fraud or duress or threats in making same, that each party's consent was absolutely free, and that they have entered into this consent judgment freely and voluntarily.

It is hereby understood and specifically agreed by the parties hereto that, after taking into consideration their respective assumption of community debts, the husband's agreement to pay 100% of the support and prorata expenses of the minor children and pets, the husband's waiver of claims concerning separate property, and the division of community assets, this partition of community property is equitable, and they do hereby relieve and release each other from any further accountings, expressly stating that both are satisfied with this partition of

ANDERSON & ANDERSON · A PARTNERSHIP OF LAW CORPORATIONS, L.L.P. · 2217 SECOND STREET · SLIDELL, LA 70458 · (985) 643-6443

community property. All claims regarding the partition of community property are hereby settled and compromised. All reimbursement claims are settled and compromised. All claims concerning separate property be and the same are hereby settled and compromised, and that in consideration for the properties received by each party to this Consent Judgment of Partition of Community Property, the parties declare that any vendor's lien or implied resolutory condition of any actual or implied right to rescind this Consent Judgment of Partition of Community Property for any reason, is hereby waived, related and relinquished, so that third parties may deal with the parties hereto free and clear of any express or implied vendor's lien and/or resolutory condition.

It is hereby understood and specifically agreed by the parties hereto that should any of the partitioned property be insufficiently or incorrectly described herein, each party shall, immediately, when called upon to do so in writing by the other party, execute such amendatory acts as are necessary or required to transfer or vest title in the proper party or to sufficiently and correctly describe such property. This provision is enforceable by summary proceedings in the above-referenced proceeding.

It is hereby understood and specifically agreed by the parties hereto that any and all claims between these parties regarding the above-described community property and the community of acquits and gains, of whatever nature or kind, known or unknown, liquidated or unliquidated, asserted or unasserted, be and the same are hereby settled and compromised and these parties discharge each other from any further accounting to each other, their marital property being fully liquidated, settled and partitioned as above set forth.

It is hereby understood and specifically agreed by the parties hereto that the parties are satisfied that this consent judgment of partition of community property is fair and equitable and they desire this partition be homologated as being fair and equitable, and this partition is thus to be homologated by the Court as being fair and equitable to both parties.

It is hereby understood and specifically agreed by the parties hereto that should the parties return to court to litigate anything arising from or relating to any provision of this Consent Judgment of Partition of Community Property, which litigation they agree herein in advance may

5

be raised by summary proceedings, the successful party in such litigation shall have the right to receive and be indemnified for reasonable but actual attorney's fees and costs incurred in the prosecution or defense of such litigation from the unsuccessful party.

JUDGMENT READ, RENDERED AND SIGNED at Covington, Louisiana this _____ day of _____ MAR 1 5 2019 ____, 2019.

DISTRICT JUDGE
MARY C. DEVEREUX

PAGE 6 OF 6
CONSENT JUDGMENT OF COMMUNITY PROPERTY PARTITION
CHAD AARON HUNT VERSUS CHER LEVIS HUNT
DOCKET NO. 2018-11117 DIVISION K
22ND JUDICIAL DISTRICT COURT, PARISH OF ST. TAMMANY,
STATE OF LOUISIANA

ALL COSTS PAID
Dy. Clerk 22nd Jud. Dist. Court
ST. TAMMANY PARISH

APPROVED:

CHER LEVIS HUNT

CHAD AARON HUNT

ERNEST S. ANDERSON, Attorney
for CHAD AARON HUNT

**THUS DONE AND SIGNED** in Slidell, Louisiana, on the 12th day of March, 2019, in the presence of the undersigned competent witnesses, who has hereunto signed his name with the said appearer and me, Notary, after reading of the whole.

WITNESSES:

Randi K. Crawford, printed name

CHAD AARON HUNT

Denise P. Cordes, printed name

ERNEST S. ANDERSON - NOTARY PUBLIC
BAR ROLL # 1694

**THUS DONE AND SIGNED** in Slidell, Louisiana, on the 12th day of March, 2019 in the presence of the undersigned competent witnesses, who have hereunto signed her name with the said appearer and me, Notary, after reading of the whole.

WITNESSES:

Randi K. Crawford, printed name

CHER LEVIS HUNT

Denise P. Cordes, printed name

ERNEST S. ANDERSON - NOTARY PUBLIC
BAR ROLL # 1694

A TRUE COPY
Dy. CLERK 22nd Jud. Dist. Court
ST. TAMMANY PARISH, LA.

Tracey Graham, Deputy Clerk

SCANNED
MAR 14 2019

6